FILED '11 MAR 29 14:48 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

GREGORY PAUL SNIDER,            )
                                )
            Plaintiff,           )
                                 )   Civil No. 10-1415-TC
    v.                           )
                                 )   ORDER
McMINNVILLE POLICE DEPT.,        )
et al.,                          )
                                 )
            Defendants.          )
_____  )

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on February 17, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This proceeding is dismissed for failure to prosecute. The clerk of court is directed to enter judgment accordingly.

DATED this 29th day of March, 2011.

_____
Michael R. Hogan
United States District Judge

2    - ORDER